## Case No. 16,093.

### UNITED STATES v. PROUT.

[1 Cranch, C. C. 203.] [1]

Circuit Court, District of Columbia. Dec. Term, 1804.

NUISANCE—DISORDERLY HOUSE.

The selling of spirituous liquors to negroes, in a public manner, assembled in considerable numbers, and suffering them to drink the same in and about the house on the Sabbath, constitutes it a disorderly house.

[Cited in State v. Crawford, 28 Kan. 733.]

[This was an indictment against W. Prout.]

THE COURT, in answer to a question from the jury, instructed them that. the selling of spirituous liquors to negroes in a public manner, assembled in considerable numbers, and suffering them to drink the same in and about the house on the Sabbath, constitutes it a disorderly house. Verdict for United States.

The defendant had not an ordinary license. Fined $100.